[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 09-12214
Non-Argument Calendar
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DECEMBER 4, 2009
THOMAS K. KAHN
CLERK

D. C. Docket No. 08-00476-CR-T-24-MAP

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

YONI HIDALGO-CALDERON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 4, 2009)

Before BIRCH, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Duilio A. Espinosa-Montalban, appointed counsel for Yoni Hidalgo-

Calderon in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Hidalgo-Calderon's conviction and sentence are **AFFIRMED**.